# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAMES A LUNKES | § | Case No. 09-00584 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/22/2015 in Courtroom 680 (Judge Cox),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/17/2015          By: /s/ Frances Gecker
                                        Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
JAMES A LUNKES                            §        Case No. 09-00584
                                          §
              Debtor(s)                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 297,367.37 |
| and approved disbursements of | $ | 71,309.24 |
| leaving a balance on hand of[1] | $ | 226,058.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | BANK OF AMERICA | $ 100,000.00 | $ 100,000.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 226,058.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 18,118.37 | $ 0.00 | $ 18,118.37 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 57,850.50 | $ 57,105.50 | $ 745.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 1,396.37 | $ 1,385.10 | $ 11.27 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 6,084.70 | $ 0.00 | $ 6,084.70 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 63.72 | $ 0.00 | $ 63.72 |
| Other: INTERNATIONAL SURETIES LTD. | $ 130.90 | $ 130.90 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $ 25,023.06

Remaining Balance   $ 201,035.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 577,209.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JOSEPH V. RODDY | $ 40,482.64 | $ 0.00 | $ 14,099.60 |
| 2 | CHASE BANK | $ 5,544.03 | $ 0.00 | $ 1,930.92 |
| 3U | BANK OF AMERICA | $ 523,759.20 | $ 0.00 | $ 182,418.84 |
| 4 | CHASE BANK USA NA | $ 7,424.06 | $ 0.00 | $ 2,585.71 |
| 5 | PATRICIA LUNKES | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 201,035.07 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker

Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 09-00584-JPC
James A Lunkes                                                        Chapter 7
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez          Page 1 of 2          Date Rcvd: Sep 18, 2015
                             Form ID: pdf006         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2015.
```
db          +James A Lunkes,    511 Bedford Lane,   Chicago, IL 60016-2936
aty         +Mark Zito,   Jordan & Zito LLC,    55 West Monroe St. Suite 3600,    Chicago, IL 60603-5026
14208079    +Bank of America,    successor to LaSalle Bank National Assoc,
             c/o Sherly A Fyock Latimer LeVay Fyock L,    55 West Monroe Suite 1100,
             Chicago, IL 60603-5128
13032317     Bank of America,    P. O. Box 539008,   Atlanta, GA 30353-9008
13032315    +Bank of America,    135 S. LaSalle Street,   Chicago, IL 60603-4157
14270387     Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
14207089     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
13032309     Chase Visa,   P. O. Box 15153,   Wilmington, DE 19886-5153
13032318    +Citi Mortgage,    P. O. Box 60006,   The Lakes, NV 88901-0001
13032311    +Darlene Rogers,    3637 N. Kimball,   2nd Floor,   Chicago IL 60618-4305
13032324     Donna Bober,   8274 W. 138th Pl.,   Orland Park, IL 60462
13032320    +Eileen Lunkes,    5032 N. Central Park,   Chicago, IL 60625-5513
13032312    +Energy Products,    c/o Abrams & Abrams, P.C.,   180 W. Washington, #910,
             Chicago IL 60602-2316
13032328    +Illinois Battery Corporation,    2453 W. Irving Park Road,    Chicago, IL 60618-2493
13032323    +James W. Lunkes Trust,    c/o Patricia Lunkes,   5415 N. Sheridan Rd.,    #2506,
             Chicago, IL 60640-1977
14189006    +Joseph V. Roddy,    Law Offices of Joseph V. Roddy,    77 W. Washington, Suite 1100,
             Chicago, IL 60602-3249
13032313     Koyo Battery Co., Ltd.,    c/o David Fish, Fish Law Firm,    17770 N.  Park  St. , #200,
             Naperville, IL  60563
13032319    +Michael J. Lunkes,    5032 N. Central Park,   Chicago, IL 60625-5513
13032322    +Patricia Lunkes,    5415 N. Sheridan Rd.,   #2506,   Chicago, IL 60640-1977
14538570     Patricia Lunkes, as Successor Trustee,    c/o Floyd Perkins,    Ungaretti & Harris LLP,
             3500 Three First National Plaza,   Chicago, IL 60602
13032314     Shell Master Card,    P. O. Box 6000,   The Lakes, NV 89163-6000
13032329    +William J. Lunkes,    2453 W. Irving Park Rd.,   Apt. 1,   Chicago, IL 60618-2493
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13032327     E-mail/Text: cio.bncmail@irs.gov Sep 19 2015 00:30:45     Internal Revenue Service,
             Kansas City MO 64999
13032325     E-mail/Text: rev.bankruptcy@illinois.gov Sep 19 2015 00:31:17
             Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
                                                                                          TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13032321     ##+Michael T. Lunkes,   1516 N. Bosworth,   Chicago, IL 60642-2350
                                                                          TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2015 at the address(es) listed below:
```
              David S. Makarski    on behalf of Interested Party Michael J Lunkes david.makarski@sfnr.com,
               Craig.Coleman@sfnr.com,George.Sang@sfnr.com
              Frances Gecker    fgecker@fgllp.com,  fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Frances Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Gregory J Jordan    on behalf of Debtor James A Lunkes gjordan@jz-llc.com
              John K. Kneafsey    on behalf of Plaintiff James A Lunkes jkneafsey@nisen.com,  pmoffitt@nisen.com
```

```
District/off: 0752-1          User: bchavez          Page 2 of 2          Date Rcvd: Sep 18, 2015
                             Form ID: pdf006          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Mark R Zito    on behalf of Debtor James A Lunkes mzito@jz-llc.com
          Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
           ccarpenter@fgllp.com;csmith@fgllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Sheryl A Fyock    on behalf of Defendant    BANK OF AMERICA sfyock@llflegal.com
          Sheryl A Fyock    on behalf of Creditor    Bank of America, as successor by merger with LaSalle
           Bank National Association sfyock@llflegal.com
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
           nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                         TOTAL: 11
```