UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
JAMES A LUNKES                      §    Case No. 09-00584
                                    §
                                    §
        Debtor                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 138,333.33 *(Without deducting any secured claims)* | Assets Exempt: 29,700.00 |
| Total Distributions to Claimants: 201,035.07 | Claims Discharged Without Payment: 413,731.06 |
| Total Expenses of Administration: 96,332.30 | |

3) Total gross receipts of $ 297,367.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 297,367.37 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 35,000.00 | $ 100,000.00 | $ 100,000.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 96,332.30 | 96,332.30 | 96,332.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 781,315.45 | 577,209.93 | 577,209.93 | 201,035.07 |
| **TOTAL DISBURSEMENTS** | $ 816,315.45 | $ 773,542.23 | $ 773,542.23 | $ 297,367.37 |

4) This case was originally filed under chapter 7 on 01/09/2009. The case was pending for 86 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/26/2016          By: /s/Frances Gecker
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT INTERESTS IN ESTATE | 1129-000 | 275,000.00 |
| INTERESTS IN PARTNERSHIPS | 1129-000 | 22,286.14 |
| Tax refund of Interest Paid | 1224-000 | 27.23 |
| COURT FEE REFUND | 1290-000 | 54.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 297,367.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | BANK OF AMERICA | 4110-000 | 35,000.00 | 100,000.00 | 100,000.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 35,000.00** | **$ 100,000.00** | **$ 100,000.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 18,118.37 | 18,118.37 | 18,118.37 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 167.74 | 167.74 | 167.74 |
| INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | 2300-000 | NA | 130.90 | 130.90 | 130.90 |
|  | 2300-000 | NA | 83.30 | 83.30 | 83.30 |
| Bank of New York Mellon | 2600-000 | NA | 2,600.09 | 2,600.09 | 2,600.09 |
| The Bank of New York Mellon | 2600-000 | NA | 1,924.61 | 1,924.61 | 1,924.61 |
| UNITED STATES TREASURY | 2810-000 | NA | 3,976.00 | 3,976.00 | 3,976.00 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | 3,936.00 | 3,936.00 | 3,936.00 |
| FRANKGECKER LLP | 3110-000 | NA | 57,850.50 | 57,850.50 | 57,850.50 |
| FRANKGECKER LLP | 3120-000 | NA | 1,396.37 | 1,396.37 | 1,396.37 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 6,084.70 | 6,084.70 | 6,084.70 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 63.72 | 63.72 | 63.72 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES |  | $ NA | $ 96,332.30 | $ 96,332.30 | $ 96,332.30 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DARLENE ROGERS | | 36,000.00 | NA | NA | 0.00 |
| | DONNA BOBER | | 0.00 | NA | NA | 0.00 |
| | EILEEN LUNKES | | 0.00 | NA | NA | 0.00 |
| | ENERGY PRODUCTS | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ILLINOIS BATTERY CORPORATION |  | 0.00 | NA | NA | 0.00 |
|  | JOHN W. LUNKES TRUST |  | 0.00 | NA | NA | 0.00 |
|  | KOYO BATTERY |  | 0.00 | NA | NA | 0.00 |
|  | MICHAEL J. LUNKES |  | 0.00 | NA | NA | 0.00 |
|  | MICHAEL T. LUNKES |  | 0.00 | NA | NA | 0.00 |
|  | PATRICIA LUNKES |  | 0.00 | NA | NA | 0.00 |
|  | SHELL MASTER CARD |  | 1,556.20 | NA | NA | 0.00 |
|  | WILLIAM J. LUNKES |  | 0.00 | NA | NA | 0.00 |
| 3U | BANK OF AMERICA | 7100-000 | 730,000.00 | 523,759.20 | 523,759.20 | 182,418.84 |
| 2 | CHASE BANK | 7100-000 | 5,559.25 | 5,544.03 | 5,544.03 | 1,930.92 |
| 4 | CHASE BANK USA NA | 7100-000 | 8,200.00 | 7,424.06 | 7,424.06 | 2,585.71 |
| 1 | JOSEPH V. RODDY | 7100-000 | NA | 40,482.64 | 40,482.64 | 14,099.60 |
| 5 | PATRICIA LUNKES | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 781,315.45 | $ 577,209.93 | $ 577,209.93 | $ 201,035.07 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 09-00584 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JAMES A LUNKES | | | | Date Filed (f) or Converted (c): | 01/09/2009 (f) |
| | | | | | 341(a) Meeting Date: | 02/17/2009 |
| For Period Ending: | 01/26/2016 | | | | Claims Bar Date: | 10/05/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONTINGENT INTERESTS IN ESTATE<br><br>JOHN W. LUNKES TRUST<br><br>Memorandum and Opinion dated 7/16/09 - Trustee's objection to Debtor's exemption is sustained. | 0.00 | 275,000.00 | | 275,000.00 | FA |
| 2. Real Estate | 150,000.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. INSURANCE POLICIES | 9,000.00 | 0.00 | | 0.00 | FA |
| 5. INTEREST IN PARTNERSHIPS | Unknown | 0.00 | | 0.00 | FA |
| 6. INTERESTS IN PARTNERSHIPS<br><br>MWJ Corp. | Unknown | 22,286.14 | | 22,286.14 | FA |
| 7. ACCOUNTS RECEIVABLE | 5,333.33 | 3,333.33 | | 0.00 | FA |
| 8. VOID           (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. AUTOMOBILES, TRUCKS, TRAILERS | 450.00 | 0.00 | | 0.00 | FA |
| 10. AUTOMOBILES, TRUCKS, TRAILERS | 1,250.00 | 0.00 | | 0.00 | FA |
| 11. COURT FEE REFUND           (u) | 0.00 | 54.00 | | 54.00 | FA |
| 12. Void (u)<br><br>John W. Lunkes Trust<br>Litigation - Lunkes v. Lunkes 07 CH 30972 | 0.00 | N/A | | 0.00 | FA |
| 13. Tax refund of Interest Paid (u) | 0.00 | 27.23 | | 27.23 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $168,033.33 | $300,700.70 | | $297,367.37 | $0.00 |
| --- | --- | --- | --- | --- | --- |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE'S ACCOUNTANT WILL PREPARE FINAL TAX RETURNS.  ONCE THOSE ARE APPROVED BY THE IRS, THE TRUSTEE WILL REVIEW CLAIMS AND BEGIN PREPARING A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 11/30/2011        Current Projected Date of Final Report (TFR): 06/01/2015

Case 09-00584    Doc 130    Filed 02/25/16    Entered 02/25/16 14:15:06    Desc Main
Document      Page 9 of 15

Page: 1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-00584 | Trustee Name: | Frances Gecker |
| Case Name: | JAMES A LUNKES | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1814 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4317 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx6940 | Transfer of Funds | 9999-000 | $233,942.90 | | $233,942.90 |
| 07/21/15 | 5001 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | FEIN 46-6234317 FORM 1041 2014 | 2810-000 | | $3,976.00 | $229,966.90 |
| 07/21/15 | 5002 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | FEIN 46-6234317 FORM IL-1041 2014 | 2820-000 | | $3,936.00 | $226,030.90 |
| 08/26/15 | 13 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | TAX REFUND | 1224-000 | $27.23 | | $226,058.13 |
| 10/26/15 | 5003 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $18,118.37 | $207,939.76 |
| 10/26/15 | 5004 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Distribution | | | $756.27 | $207,183.49 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($745.00) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($11.27) | 3120-000 | | | |
| 10/26/15 | 5005 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Distribution | | | $6,148.42 | $201,035.07 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($6,084.70) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($63.72) | 3420-000 | | | |
| 10/26/15 | 5006 | JOSEPH V. RODDY<br>Law Offices of Joseph V. Roddy<br>77 W. Washington, Suite 1100<br>Chicago, IL 60602 | Final distribution to claim 1 representing a payment of 34.83 % per court order. | 7100-000 | | $14,099.60 | $186,935.47 |
| | | | Page Subtotals: | | $233,970.13 | $47,034.66 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 09-00584 | Trustee Name: | Frances Gecker | |
| Case Name: | JAMES A LUNKES | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX1814 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4317 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/26/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/15 | 5007 | CHASE BANK<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution to claim 2 representing a payment of 34.83 % per court order. | 7100-000 | | $1,930.92 | $185,004.55 |
| 10/26/15 | 5008 | BANK OF AMERICA<br>Kenni Hisel, Bank of America, MO8-050-01-17<br>2001 NE 46th Street<br>Kansas City, MI 64116-2051 | Final distribution to claim 3 representing a payment of 34.83 % per court order. | 7100-000 | | $182,418.84 | $2,585.71 |
| 10/26/15 | 5009 | CHASE BANK USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Final distribution to claim 4 representing a payment of 34.83 % per court order. | 7100-000 | | $2,585.71 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $233,970.13 | $233,970.13 |
| Less: Bank Transfers/CD's | $233,942.90 | $0.00 |
| Subtotal | $27.23 | $233,970.13 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27.23 | $233,970.13 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $186,935.47 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-00584 | Trustee Name: Frances Gecker |
| Case Name: JAMES A LUNKES | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX8316 |
| | MONEY MARKET |
| Taxpayer ID No: XX-XXX4317 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/12 | 1 | TRUSTEE TO JOHN W. LUNKES Dated 3/1/02 Patricia A. Lunkes Trustee 5415 N. Sheridan Rd., Apt. 2506 Chicago, Illinois 60640-1977 | CONTINGENT INTEREST IN ESTATE | 1129-000 | $70,000.00 | | $70,000.00 |
| 09/18/12 | 11 | DOROTHY BROWN Clerk of the Circuit Court Chancery Fee 50 W. Washington, Rm 1005 Chicago, IL 60602 | COURT FEE REFUND | 1290-000 | $54.00 | | $70,054.00 |
| 12/07/12 | 6 | MWJ, INC. ALBANY BANK & TRUST 3400 W. LAWRENCE CHICAGO, IL 60625 | INTEREST IN PARTNERSHIPS | 1129-000 | $14,857.43 | | $84,911.43 |
| 01/23/13 | 6 | MWJ, INC. ALBANY BANK & TRUST 3400 W. LAWRENCE CHICAGO, IL 60625 | INTEREST IN PARTNERSHIPS | 1129-000 | $7,428.71 | | $92,340.14 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $92,340.14 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $92,340.14 | $92,340.14 |
| Less: Bank Transfers/CD's | $0.00 | $92,340.14 |
| Subtotal | $92,340.14 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $92,340.14 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $92,340.14 | $92,340.14 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-00584  
Case Name: JAMES A LUNKES  
Taxpayer ID No: XX-XXX4317  
For Period Ending: 01/26/2016  

Trustee Name: Frances Gecker  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX6940  
GENERAL CHECKING  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $92,340.14 | | $92,340.14 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $83.30 | $92,256.84 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $75.22 | $92,181.62 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $137.03 | $92,044.59 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $132.42 | $91,912.17 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $136.65 | $91,775.52 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $132.05 | $91,643.47 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $136.25 | $91,507.22 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $136.05 | $91,371.17 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $131.48 | $91,239.69 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $135.65 | $91,104.04 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $131.08 | $90,972.96 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $135.24 | $90,837.72 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $130.90 | $90,706.82 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $135.06 | $90,571.76 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $121.68 | $90,450.08 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $134.47 | $90,315.61 |

Page Subtotals: $92,340.14   $2,024.53

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 09-00584 | Trustee Name: Frances Gecker |
| Case Name: JAMES A LUNKES | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX6940 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX4317 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $129.94 | $90,185.67 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $134.08 | $90,051.59 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $129.56 | $89,922.03 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $133.69 | $89,788.34 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $133.49 | $89,654.85 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $129.00 | $89,525.85 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $133.10 | $89,392.75 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $128.62 | $89,264.13 |
| 01/05/15 | 1 | Trustee to John W. Lunkes Patricia A. Lunkes, Trustee 5415 N. Sheridan Rd., Apt. 2506 Chicago, IL  60640 | Settlement for Litigation Settlement of Litigation - 07 CH 30972 | 1129-000 | $205,000.00 | | $294,264.13 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $132.70 | $294,131.43 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $368.41 | $293,763.02 |
| 02/10/15 | 10002 | ARTHUR B. LEVINE COMPANY Attn:  Maria Sponza 60 East 42nd Street, Room 965 New York, NY  10165 | Bond No. 10BSBGR6291 | 2300-000 | | $167.74 | $293,595.28 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $394.41 | $293,200.87 |

| | | Page Subtotals: | | | $205,000.00 | $2,114.74 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-00584 | Trustee Name: Frances Gecker |
| Case Name: JAMES A LUNKES | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX6940 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX4317 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/15 | 10003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | FIRST INTERIM FEE APPLICATION | | | $58,490.60 | $234,710.27 |
| | | FRANKGECKER LLP | ($57,105.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | ($1,385.10) | 3120-000 | | | |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $430.27 | $234,280.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $337.10 | $233,942.90 |
| 07/08/15 | | Transfer to Acct # xxxxxx1814 | Transfer of Funds | 9999-000 | | $233,942.90 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $297,340.14 | $297,340.14 |
| Less: Bank Transfers/CD's | $92,340.14 | $233,942.90 |
| Subtotal | $205,000.00 | $63,397.24 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $205,000.00 | $63,397.24 |

Page Subtotals:   $0.00   $293,200.87

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1814 - Checking | $27.23 | $233,970.13 | $0.00 |
| XXXXXX6940 - GENERAL CHECKING | $205,000.00 | $63,397.24 | $0.00 |
| XXXXXX8316 - MONEY MARKET | $92,340.14 | $0.00 | $0.00 |
| | $297,367.37 | $297,367.37 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $297,367.37 |
| Total Gross Receipts: | $297,367.37 |

Page Subtotals:                    $0.00        $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*